JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | Case No. CV 15-9973-GW(Ex) |
| Plaintiff, | The Hon. Judge George H. Wu<br>Ctrm 10-Spring Street Floor |
| v. | |
| BANK OF AMERICA CORPORATION; DOES 1 through 10, | **ORDER OF DISMISSAL** |
| Defendants. | Action Filed:    November 25, 2015<br>Removal Date:    December 30, 2015<br>Trial Date:    June 27, 2017<br>Status Conference: April 13, 2017 |

**PLEASE TAKE NOTICE** that the Court has received and considered the Parties' April 11, 2017 Stipulation re Dismissal with Prejudice (the "Stipulation").

Pursuant to the Stipulation, **IT IS HEREBY ORDERED** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).  All future hearing dates are vacated. Pursuant to the Stipulation, the Court retains jurisdiction to enforce the terms of the written settlement agreement between the parties.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

DATED: April 12, 2017

_George H. Wu_

GEORGE H. WU,
United States District Judge

Sedgwick LLP